UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X  Case No.: CV 17-00107
BALD HILL BUILDERS, LLC,                                     (AJS)(AKT)

        Plaintiff,

- against -

2138 SCUTTLE HOLE ROAD REALTY, LLC,
a/k/a 2138 Scuttle Hole Realty, LLC,

        Defendant.
----------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL

Please take notice that counsel for plaintiff Bald Hill Builders, LLC, Laura Lee Mittelman, Esq., has changed the following information contained in the Notice of Appearance [Dkt. 10], as follows: Ms. Mittelman's law firm, Burns & Levinson LLP, has moved to 125 High Street, Boston, MA 02110, effective July 15, 2019. All remaining information remains unchanged.

Dated: July 23, 2019

Respectfully submitted,

/s/ Laura Lee Mittelman
Ira Levine, Esq.
543 Broadway
Massapequa, NY 11758
(516) 541-1014 or (516) 829-7911
ilevinelaw@optimum.net

Thomas T. Reith, *Admitted Pro Hac Vice*
Laura L. Mittelman, *Admitted Pro Hac Vice*
BURNS & LEVINSON LLP
125 High Street
Boston, MA 02110
treith@burnslev.com
lmittelman@burnslev.com
T: (617) 345-3000
F: (617) 345-3299

## CERTIFICATE OF SERVICE

  Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on July 23, 2019, 2019, a true and correct copy of the foregoing instrument was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

            */s/ Laura Lee Mittelman*
            Laura Lee Mittelman

4848-3188-5469.1