UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**     **DATE: 3/2/2021**
                United States Magistrate Judge
                                                                          **TIME: 2:00 p.m.**

**DOCKET NO: 17-cv-107 (GRB)**

**CASE: Bald Hill Builders, LLC v. 2138 Scuttle Hole Road Realty, LLC**

\_\_\_ **INITIAL CONFERENCE**
\_\_\_ **STATUS CONFERENCE**
\_\_\_ **SCHEDULING CONFERENCE**           **BY TELEPHONE X**
\_\_\_ **SETTLEMENT CONFERENCE**
**X**   **FINAL CONFERENCE**
**X**   **DISCOVERY CONFERENCE**

       **APPEARANCES:**        **FOR PLAINTIFF:**       **FOR DEFENDANTS:**
                                      Thomas Reith            John Wojak, Jr.

**The following rulings were made:**

      **The scheduling order is modified as follows: All paper and ESI discovery to be completed by March 31, 2021. All fact discovery is to be completed by July 31, 2021. Expert discovery to be completed by September 30, 2021. Any party planning on making a dispositive motion must take the first step in the motion process by September 30, 2021. The parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party on or before October 22, 2021. A final conference is scheduled for October 26, 2021 at 1:30 p.m.**

                                                   **SO ORDERED:**
                                                            **/s/**